AO 240 (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
### for the

Jose R Salazar Castaneda,
_____
Plaintiff

Swanson & Youngdale
_____
Defendant

)
)
)
)
)
)

Civil Action No. 1:16-cv-337

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

LAON $500 Amscot . USA credit cards _

My take-home pay or wages are: $ 1,252 per *(specify pay period)* 12-16-2016 .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply):*

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☑ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

One time job self employed Job $2000
Not paid yet completely                    1252
plane ticket $552 paid
Take for trip $700        Hotel owe $748
          $1,252 car rental

① Laon $500 for extra food, gas - etc -

AO 240  (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 600.01 .
$ 24.00

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

2000 chevy Malibu $800
2002 Dodge Dakota $1100.75 original.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

AMSCOT loan $500 — has to be paid $500 30 days
Credit Cards $700 Min $25    House rent · $600
Chase    Transportation 300 Gas
Capital 1  $400  " 25    expense
Bank of Ame. C $485  " 25   jcpen 25 . $1600 +98
$1698

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

— Kathryn N Salazar - paid health insurase .
combine $98 a month.

— Help Grandkids with anything I can .
Izabella - And 4 all .

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Jcpenney — $375    AMSCOT $500.
Chase — 700
capital 1 — 400
Bank of America 480
credit.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 9-19-2016

_____
Applicant's signature

Jose R. Salazar Castaneda
_____
Printed name