# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Jose R. Salazar Castaneda, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Swamson & Youngdale | ) | |
| Job Services North Dakota | ) | Case No. 1:16-cv-337 |
| | ) | |
| Defendants. | ) | |

The Clerk's office is shall seal attachments 1 and 2 to plaintiff's complaint as they contain sensitive, personal information. See Docket Nos. 5-1 and 5-2.

**IT IS SO ORDERED.**

Dated this 21st day of September, 2016.

                                                   */s/ Charles S. Miller, Jr.*
                                                   Charles S. Miller, Jr., Magistrate Judge
                                                   United States District Court